# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**HELEN GEARS-PRIBBLE**                                                    **PLAINTIFF**

**VS.**                         **No. 3:26-cv-00022 DPM/PSH**

**COMMISSIONER,**
    **Social Security Administration**                          **DEFENDANT**

## ORDER

Defendant's unopposed motion for an extension in which to file the certified administrative record in answer to the complaint (Doc. No. 7) is granted, and the defendant is directed to file the response on or before May 15, 2026.

DATED this 18th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE