**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**HELEN GEARS-PRIBBLE** **PLAINTIFF**

**VS.** **No. 3:26-cv-00022 DPM/PSH**

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

# ORDER

Counsel for the plaintiff seeks permission to withdraw from representation. The motion (Doc. No. 12) is granted. Plaintiff and counsel agreed to allowing withdrawal if there was outstanding debt owed by the plaintiff under the Treasury Offset Program. Counsel states this debt is owed, and withdrawal is therefore proper. Counsel also requests additional time be granted to the plaintiff to seek new counsel or to file her own brief in the case. This request (Doc. No. 12) is granted, and the plaintiff is directed to submit her brief on or before November 2, 2026.

IT IS SO ORDERED this 25th day of August, 2026.

____________________________________
UNITED STATES MAGISTRATE JUDGE